# EXHIBIT E



**OFFICE OF THE SUPERINTENDENT**
**UNITED STATES MILITARY ACADEMY**
WEST POINT, NEW YORK 10996-5000

MAJA-SC

**23 MAY 1997**

MEMORANDUM FOR Cadet Todd A. Catelotti, Company A, First Regiment, United States Corps of Cadets, Class of 1997

SUBJECT:  Separation from USMA and Initiation of Recoupment

1.  I have recommended that you be separated from the Academy and discharged from the US Army for failing to pass the Army Physical Fitness Test (APFT) IAW Army Regulation 350-15 and Regulations for the United States Military Academy, paragraph 10.24.

2.  Your failure to pass the APFT is a breach of your service agreement.  Accordingly, I have recommended that the Secretary of the Army initiate action to recoup the cost of your USMA education.  By memorandum from Mr. Raymond Brown, Directorate of Resource Management, the amount to be recouped is now calculated as $120,490.00.

3.  You must acknowledge receipt of this notification on the attached endorsement and indicate whether you dispute that this debt is owed.  If you dispute the validity of this debt, you must, in writing, indicate the factual reasons supporting your dispute.  Your written response is due within three duty days.  Failure to provide a timely response will be considered an acceptance of the validity of this debt.  Any written response should be addressed to the Secretary of the Army.

Encl
as

DANIEL W. CHRISTMAN
Lieutenant General, US Army
Superintendent

# EXHIBIT F



REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
**UNITED STATES MILITARY ACADEMY**
**WEST POINT. NEW YORK 10996**

September 4, 1998

SEP 04 1998

MACC-S-PER

MEMORANDUM FOR Todd A. Catelotti, 9 Pinehill Ter, N. Adams, Massachusetts 01247

SUBJECT: Discharge from the United States Military Academy

1. The Assistant Secretary of the Army (Manpower and Reserve Affairs) has approved your discharge effective 14 August 1998. Your discharge papers are enclosed.

2. Your medical and PX privileges are no longer effective as of this date.

3. The Undersecretary of the Army Manpower and Reserve Affairs has directed that you repay the cost of your education, in the amount of $121,039.00, in lieu of being called to active duty. Recoupment action will be initiated by the United States Military Academy. You will be receiving correspondence from the Defense Finance and Accounting Service, Indianapolis, Indiana for more details on your payment options.

4. There is no provision under federal law to waive this debt, however you mat submit matters in writing challenging the amount of this debt thru S1, USCC MACC-S-PER Attn: Mrs. Diane Vonasek, Adjutant, West Point, New York 10996 and Commander Finance and Accounting Office, Attn: FINCP-BC, Ft. Benjamin, Harrison IN 46269.

5. Point of contact is the undersigned at 914-938-2213.

DIANE S. VONASEK
S1, Adjutant
United States Corps of Cadets

CF:
DAPE-MPO, LTC Dow
USMA, FAO, CPT Landes
DIRECTOR
DFAS-INDIANPOLIS CENTER
ATTN: DFAS-I-J
INDIANAPOLIS, IN 46249-0001

PAGE 1

DEPARTMENT OF THE ARMY
HEADQUARTERS UNITED STATES MILITARY ACADEMY
West Point, New York 10996-1692

ORDERS: 229-15                                              17 August 1998

CATELOTTI, TODD A., ~~###~~-~~##~~-9152, Co A-1, Cl of 1997, USCC, USMA, West Point, New
York 10996-1692

You are discharged from component indicated.

Authority: AR 612-205
Effective Date: 14 August 1998
Component: Corps of Cadets, United States Military Academy
Additional instructions: (a) Cadet Catelotti departed with pay pending final
        separation disposition.
        (b) Pursuant to authority contained in AR 612-205 Para 7a(1)(b), Table 3, Rule 1, and
        para 10.19a, Regulations for the United States Military Academy, above Cadet's
        separation is approved for removal from the United States Military Academy.
        (c) Under the provisions of U.S.C. Section 2005(a), action will be initiated to recoup for
        the cost of USMA edcuation ($121,039.).
FOR ARMY USE
HOR: North Adams, MA
P1 EAD or OAD: West Point, NY
FORMAT: 500

FOR THE SUPERINTENDENT:



DIANE S. VONASEK
Adjutant, USCC

PAGE 2



**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
MANPOWER AND RESERVE AFFAIRS
111 ARMY PENTAGON
WASHINGTON DC 20310-0111

REPLY TO
ATTENTION OF

August 14, 1998

MEMORANDUM THRU DIRECTOR OF THE ARMY STAFF

FOR OFFICE OF THE DEPUTY CHIEF OF STAFF FOR PERSONNEL

SUBJECT: Separation of Cadet Todd A. Catelotti, Company A-1,
Class of 1997

Reference enclosed memorandum, ODSCPER, dated August 4,
1998, subject as above.

The Superintendent's recommendation to separate Cadet Todd A.
Catelotti (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) from the United States Military Academy (USMA)
and discharge him from the Army with an honorable discharge is
approved. Under the provisions of U.S.C. Section 2005(a), action will be
initiated to recoup $121,039 for the cost of Cadet Catelotti's USMA
education.

Patrick T. Henry
Assistant Secretary of the Army
(Manpower and Reserve Affairs)

Enclosure

Printed on ♻ Recycled Paper

Page 3.



**DEPARTMENT OF THE ARMY**
OFFICE OF THE DEPUTY CHIEF OF STAFF FOR PERSONNEL
300 ARMY PENTAGON
WASHINGTON DC 20310-0300

REPLY TO
ATTENTION OF

ANTHONY J. STAMILIO
COL. GS. DDMPM

MEMORANDUM THRU ~~DEPUTY CHIEF OF STAFF FOR PERSONNEL~~ ~~DIRECTOR OF THE ARMY STAFF~~

FOR ACTING ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS)

SUBJECT: Separation of Cadet Todd A. Catelotti, Company A-1, Class of 1997

The purpose of this memorandum is to obtain approval for the separation of Cadet Todd A. Catelotti, 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, Class of 1997, from the United States Military Academy (USMA), discharge him from the Army with an honorable discharge and recoup the cost of his USMA education.

The Superintendent, USMA, recommends Cadet Catelotti's separation from USMA due to his repeated failure to pass the Cadet Physical Fitness Test (CPFT)(TAB A). Cadet Catelotti was not under any existing profile during any of his APFT failures. Because Cadet Catelotti's failure to meet CPFT standards constitutes a breach of his service agreement under the provisions of Regs, USMA and his cadet service agreement (USMA 5-50), the Superintendent further recommends that the Army initiate recoupment action for the cost of his USMA education in the amount of $121,039 (Tab B).

Under the provisions of 10 USC 2005(h), the Secretary of the Army may, at any time before 1 October 1998, modify a service agreement to reduce the active duty service obligation (ADSO) specified in the agreement if the Secretary of the Army determines that it is in the best interests of the United States to do so; thereby, reducing the amount required to be reimbursed to the United States proportionately with the reduction in the period of obligated active duty service. Accordingly, if the Secretary of the Army determines that Cadet Catelotti should be required to reimburse the United States a sum less than $121, 039, he may do so by reducing Cadet Catelotti's ADSO.

OTJAG has no legal objection (TAB C), and the Office of the Chief, Legislative Liaison does not object to this recommendation.

Recommend Cadet Catelotti be separated from USMA, discharged from the Army with an honorable discharge, and that action be initiated to recoup the cost of his USMA education.

ANTHONY J. STAMILIO
Colonel, GS
Acting Director of Military
Personnel Management

Enclosure

Printed on Recycled Paper

PAGE 4

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| CATELOTTI, TODD ANDREW | ARMY—USMA—CADET | 020 34 9152 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| CADET | SPECIAL | 19750424 | Year NA  Month NA  Day NA |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| WEST POINT, NY | NORTH ADAMS, MA |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| USMA, WEST POINT, NY | USMA, WEST POINT, NY |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE  ☐ None |
|---|---|
| NA | Amount: $ 100,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| NONE//NOTHING FOLLOWS | a. Date Entered AD This Period | 93 | 06 | 23 |
| | b. Separation Date This Period | 98 | 08 | 14 |
| | c. Net Active Service This Period | 05 | 01 | 17 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 93 | 06 | 23 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
NATIONAL DEFENSE SERVICE MEDAL//NOTHING FOLLOWS

**14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)**
NONE//NOTHING FOLLOWS

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID  NONE |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No X |
|---|---|---|

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS// ITEM 12c INCLUDES SERVICE AS A USMA CADET FROM 930628-980814 AND IS NOT CREDITABLE FOR COMMISSIONED SERVICE//MEMBER HAS NOT COMPLETED FIRST TERM OF SERVICE//NOTHING FOLLOWS

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 9 PINEHILL TERRACE  NORTH ADAMS, MA  01247 | PAUL CATELOTTI  9 PINEHILL TERRACE  NORTH ADAMS, MA  01247 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  MA  DIR. OF VET AFFAIR X  Yes  No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED  MEMBER NOT AVAILABLE TO SIGN | DIANE S. VONASEK, ADJUTANT, USCC |

DD Form 214, NOV 88          Previous editions are obsolete.          MEMBER - 1

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| CATELOTTI, TODD ANDREW | ARMY-USMA-CADET | 91?2 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE | | |
|---|---|---|---|---|---|
| CADET | SPECIAL | 19750424 | Year NA | Month NA | Day NA |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| WEST POINT, NY | NORTH ADAMS, MA |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| USMA, WEST POINT, NY | USMA, WEST POINT, NY |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NA | Amount: $ 100,000    None |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| NONE//NOTHING FOLLOWS | a. Date Entered AD This Period | 93 | 06 | 28 |
| | b. Separation Date This Period | 98 | 08 | 14 |
| | c. Net Active Service This Period | 05 | 01 | 17 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 93 | 06 | 28 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
NATIONAL DEFENSE SERVICE MEDAL//NOTHING FOLLOWS

**14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)**
NONE//NOTHING FOLLOWS

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NONE |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No |
|---|---|---|
| | | X |

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//
ITEM 12c INCLUDES SERVICE AS A USMA CADET FROM 930628-980814 AND IS NOT CREDITABLE FOR COMMISSIONED SERVICE//MEMBER HAS NOT COMPLETED FIRST TERM OF SERVICE//NOTHING FOLLOWS

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 9 PINEHILL TERRACE<br>NORTH ADAMS, MA  01247 | PAUL CATELOTTI  9 PINEHILL TERRACE<br>NORTH ADAMS, MA  01247 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO   MA   DIR. OF VET AFFAIR  X  Yes  No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED<br>MEMBER NOT AVAILABLE TO SIGN | DIANE S. VONASEK, ADJUTANT, USCC |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) | |
|---|---|---|
| DISCHARGE | HONORABLE | |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| USMA REGS | BQ USMA<br>ORDER#229-15/17 AUG 98 | N/A |

**28. NARRATIVE REASON FOR SEPARATION**
FORM 5-50 APPT FAILURE

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | COPY REQUESTED    Initials |

DD Form 214, NOV 88          Previous editions are obsolete.          MEMBER - 4



from the Armed Forces of the United States of America

TODD ANDREW CATELOTTI, ███-██-9152  CADET USMA

United States Army

14TH          day of          AUGUST 1998

DIANE S. VONASEK
Adjutant, USCC

DD FORM NO. 256A 1 MAY 50

Pfeir 7