UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD A. CATELOTTI,<br>    Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA and<br>LES BROWNLEE, AS THE SECRETARY<br>OF THE ARMY OF THE UNITED STATES<br>OF AMERICA,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 04-30168-KPN<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF DISMISSAL

Now comes the plaintiff, Todd A. Catelotti, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and hereby voluntarily dismisses the above-captioned action.

Dated: September 13, 2004

THE PLAINTIFF

By his attorney,

_____
Chris S. Dodig
BBO# 556628
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA  01247
Tel: (413) 663-3200
Fax: (413) 663-7970

## CERTIFICATE OF SERVICE

I, Chris S. Dodig, hereby certify that on ___9-14-04___, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to John D. Ashcroft, Attorney General of the United States, Room 4545, 950 Pennsylvania Avenue, Washington, D.C. 20530-0001, Karen Goodwin, Civil Process Clerk, United States Attorney's Office, 1550 Main Street, Room 310, Springfield, MA 01103, Les Brownlee, Secretary of the Army, 101 Army Pentagon, Washington, D.C. 20310-0101.

_____
Chris S. Dodig

## CERTIFICATE OF SERVICE

I, Chris S. Dodig, hereby certify that the foregoing document is being filed within the designated time limit or by leave of the Regional Administrative Justice.

_____
Chris S. Dodig

CSD:klk